FILED'09 APR 28 12:23 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Jose David VALDEZ BALDENEGRO,**

        Petitioner,

   v.

**Janet NAPOLITANO,** Secretary,
Department of Homeland Security,
**Eric HOLDER,** U.S. Attorney General,
**Neil CLARK,** Field Office Director,
Director, Immigration and Customs
Enforcement, Department of Homeland
Security,

        Respondents.

Agency Case No: A097-764-473
Docket No: CV 09-471-ST
**Temporary Restraining Order**

Petitioner's motion for temporary restraining order is hereby granted.

Dated this 27th day of April, 2009

                                            _/s/ Ann Aiken_

                                            Ann L. Aiken
                                            United States District Judge

Page 1 - TEMPORARY RESTRAINING ORDER